**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                               CASE NO.:  8:16-bk-10318-CPM

**LOUIS SANTANA, JR.**                               CHAPTER: 7
*and* **LUANA L. SANTANA**

      **Debtor(s)**

_____/

## RESPONSE TO DEBTOR'S MOTION TO SELL HOMESTEAD REAL ESTATE [DE 32]
*(16814 Ivy Lake Dr. Odessa, FL  33556-6022)*

      COMES NOW, **Wells Fargo Bank, N.A.** ("Creditor"), and submits this *Response to Debtor's Motion to Sell Homestead Real Estate* **[DE 32]** and states as follows:

      1.      Creditor holds the 1ST Mortgage on real property located at 16814 Ivy Lake Dr. Odessa, FL  33556-6022 (the "Subject Property").

      2.      On June 23, 2017, Debtor filed a *Motion to Sell Homestead Real* **[DE 32]** (the "Motion") reflecting the Debtor's intention to sell the Subject Property to Joe and Jennifer Haines for a sum of $369,900.00.

      3.      Creditor objects to any Order binding Creditor to accept any terms of a proposed sale prior to Creditor's full independent review and acceptance of proposed sale contract.

      4.      Creditor should not be compelled to accept a sale that is not in Creditor's best interest pursuant to Creditor's business judgement.

      5.      Creditor reserves the right to supplement and/or amend this Response in the future.

**[THIS SPACE WAS INTENTIONALLY LEFT BLANK]**

WHEREFORE **Wells Fargo Bank, N.A.** respectfully requests the Court enter an Order indicating Creditor will be paid in full subject to a proper payoff quote and that any sale short of full payoff is subject to Creditor's final review and approval, and for such other and further relief as the Court deems appropriate.

/s/      *Jeffrey S. Fraser, Esq.*

Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic mail to the parties on the attached service list, this 31st day of July, 2017 and/or by regular U.S. mail on July 31, 2017.


Louis Santana, Jr.
16814 Ivy Lake Dr
Odessa, FL 33556-6022

Luana L. Santana
16814 Ivy Lake Dr
Odessa, FL 33556-6022

Nick Fowler
Stamatakis,Thalji and Bonanno
8751 North Himes Avenue
Tampa, FL 33614

Larry S. Hyman
PO Box 18625
Tampa, FL 33679

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Thomas A Lash, Attorney for Trustee
Lash, Wilcox & Grace PL
4950 W. Kennedy Blvd., Suite 320
Tampa, FL 33609


/s/    *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

17-017521